# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CAPITOL RECORDS, INC., a Delaware
corporation; UMG RECORDINGS, INC.,
a Delaware corporation; SONY BMG MUSIC
ENTERTAINMENT, a Delaware general
partnership; and ARISTA RECORDS LLC,
a Delaware limited liability company,

      Plaintiffs,

vs.                                                 Case No.:  3:06cv554/MCR/MD

LOUANDA MADISON,

      Defendant.
_____/

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

    1.    Plaintiffs' Application For Default Judgment By The Court is hereby granted.

    2.    Plaintiffs seek the minimum statutory damages of Seven Hundred Fifty Dollard ($750.00) per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the five sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Three Thousand Seven Hundred Fifty Dollars ($3,750.00).

    3.    Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

4.       Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Have You Seen Her?," on album "Please Hammer Don't Hurt 'Em," by artist "MC Hammer" (SR# 133-683);
- "My First Love," on album "My Thoughts," by artist "Avant" (SR# 281-220);
- "Bug A Boo," on album "The Writing's on the Wall," by artist "Destiny's Child" (SR# 268-936);
- "Roni," on album "Don't Be Cruel," by artist "Bobby Brown" (SR# 93-332);
- "Un-Break My Heart," on album "Secrets," by artist "Toni Braxton" (SR# 233-892);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

**DONE AND ORDERED** in Pensacola, Florida this 26th day of April, 2007.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**